# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| HAROLD D. CAMP, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. |
| | ) |
| SUNPRO, INC., | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

COMES NOW Plaintiff, Harold D. Camp, Jr., by counsel, Arthur C. Johnson, II of Johnson Ivancevich, LLP and for his cause of action against Defendant, Sunpro, Inc. ("Sunpro"), its predecessors, successors, parents, and subsidiaries, states, as follows:

### PARTIES, JURISDICTION, AND VENUE

1. This is a suit based upon retaliation due to the Plaintiff's filing of EEOC charges, over which this Court has jurisdiction pursuant to 28 U.S.C. § 1331.

2. The employment decisions alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Northern District of Indiana.

3. At all applicable times, the Plaintiff, Harold D. Camp, Jr. was a resident of Hobart, Lake County, Indiana.

4. Plaintiff, was an employee of the Defendant, Sunpro, Inc., with the Defendant's divisional place of business located in the Northern District of Indiana.

5. At all applicable times, the Defendant, was an employer with 15 or more employees as defined under 42 U.S.C § 2000e(b).

1

## ADMINISTRATIVE PROCEEDINGS

6. Plaintiff Camp filed a timely "Charge of Discrimination" with the Equal Opportunity Employment Commission ("EEOC") on or about October 10, 2016, against Sunpro for violations of the ADA, charge no. 470-2016-01874, and was issued a Notice of Right to Sue Letter dated January 3, 2017 (Exhibit A); a secondary charge was filed on or about January 17, 2017, charge no. 470-2017-00231, Notice of Right to Sue Letter dated May 24, 2017, and finally a third charge was filed on or about June 21, 2017, charge no. 470-2017-02287, which Plaintiff received his Notice of Right to Sue Letter on December 18, 2017.

7. This cause of action is being filed within 90 days after receipt of the Plaintiff's Notice of Right to Sue Letter.

## COUNT I

8. Plaintiff was hired by his former employer, Sunpro in or about October 2010. In or about March 2011, Camp became a full-time employee.

9. Plaintiff advanced through the ranks at Sunpro.

10. Plaintiff suffered an injury and thereafter was discriminated against.

11. In response to said discrimination, Plaintiff filed two Charges of Discrimination with the EEOC.

12. Subsequent to the filing of the Charges of Discrimination, Defendant intentionally and knowingly retaliated against Plaintiff by taking adverse employment actions against him due to his filing said charges.

13. Defendant has acted with malice or reckless disregard for Plaintiff's rights by retaliating against him for filing Charges of Discrimination.

14. Plaintiff has suffered damages because of Defendant's actions.

**WHEREFORE**, the Plaintiff, by his counsel prays that this court enters judgment against the Defendant for the gross and intentional violations of his rights and Plaintiff respectfully requests relief including: compensatory damages, liquidated damages, punitive damages, prejudgment interest, attorney's fees and costs, and all such further relief as this court deems just.

Respectfully submitted,

***JOHNSON IVANCEVICH, LLP***

/s/ Arthur C. Johnson, II
*ARTHUR C. JOHNSON, II*
Attorney No. 26422-45
250 East 90th Drive
Merrillville, IN 46410
Phone: (219) 769-0087
Facsimile: (219) 769-0092
*Attorneys for Plaintiff*

**JURY DEMAND**

Plaintiff, Harold D. Camp, Jr., by counsel, demands trial by jury on all issues contained herein.

Respectfully submitted,

*JOHNSON IVANCEVICH, LLP*

/s/ Arthur C. Johnson, II
By: ARTHUR C. JOHNSON, II
Attorney No. 26422-45
250 East 90th Drive
Merrillville, IN 46410
PHONE: (219)769-0087
*Attorneys for Plaintiff*